RECEIVED

# UNITED STATES DISTRICT COURT

__Northern__ District of __Ohio__

| | | |
|---|---|---|
| United States of America | ) | Criminal No. __1:03CR0049__ |
| | ) | |
| vs. | ) | |
| | ) | |
| Antwain Hamilton, | ) | |
| aka Tone, Lo | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the __Northern__ District of __Ohio__ hereby dismisses the __Indictment__ against

(indictment, information, complaint)

__Antwain Hamilton, aka Tone, Lo__ defendant.

_____
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
United States District Judge

Date: March 12, 2003

FORM OBD-113
DEC. 82